

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas


P.O. Box 1748
Austin, Texas 78767
(512) 854-9325


January 14, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711


Re:     Court of Appeals No. 03-14-00721-CV
        Trial Court Cause No. D-1-GN-13-001195
        *Raul Martinez vs. Deutsche Bank National Trust Company as Trustee for*
        *Amiquest Mortgage securities, Inc., et al.*


Dear Mr. Kyle:

I received your letter dated January 13, 2015, addressed to Alicia Racanelli and myself, stating the reporter's record is overdue.

The hearing was held in the 200th District Court, but there was no record made of the Motion for Summary Judgment hearing.

If you have any further questions, please don't hesitate to call or e-mail.

                        Sincerely,


                        */s/ LaDelle Abilez*

                        LaDelle Abilez